**HONORABLE FRANKLIN D. BURGESS**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SEARS, ROEBUCK & CO., a New York corporation,<br><br>    Defendant. | No. CV 04-5089 FDB<br><br>ORDER OF<br>DISMISSAL WITH PREJUDICE |
| SEARS, ROEBUCK & CO., a New York corporation,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>NORTH KITSAP DELIVERY, INC, an inactive Washington corporation, WILLIAM E. PARMELEE AND RENEE E. PARMELEE, husband and wife and the marital community comprised thereof, d/b/a NORTH KITSAP SHOPPING ADVANTAGE, an inactive Washington sole proprietorship<br><br>    Third-Party Defendants. | |

THIS MATTER having come on pursuant to the stipulation of the parties, now therefore, it is hereby

---

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
No. CV 04-5089 FDB

Page 1

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930

1     ORDERED, ADJUDGED AND DECREED that all claims in this matter are
2 dismissed with prejudice and without costs to any party.
3     DATED this 4th day of January 2006.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

BULLIVANT HOUSER BAILEY

By _____
    E. Pennock Gheen, WSBA #14969
E-mail: penn.gheen@bullivant.com
Attorneys for Defendant Sears, Roebuck & Co.

Approved as to form; Notice of presentation waived:

COZEN O'CONNOR

By _____
    Eric C. Hanson, WSBA #26479
E-mail: ehanson@cozen.com
Attorneys for Plaintiff

3471642.1